UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RATTLER TOOLS, INC.                              CIVIL ACTION

VERSUS                                           NO:     05-0293 c/w
                                                         05-3777

BILCO TOOLS, INC.                                SECTION: "C" (4)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the Defendants', Bilco Tools, Inc. and William E. Coyle, are hereby awarded appeal costs in the amount of **$529.05**.

**IT IS FURTHER ORDERED** that the Plaintiff, Rattler Tools, Inc., shall satisfy its obligation to the Defendants no later than **twenty (20) days** from the issuance of this Order.

New Orleans, Louisiana, this 8th day of June 2009.

_____
**UNITED STATES DISTRICT JUDGE**